RANDY L. ROYAL, TRUSTEE
CHAPTER 7 TRUSTEE
524 5TH AVE. SOUTH
P.O. BOX 551
GREYBULL, WY 82426
PHONE: (307) 765-4433
FAX: (307) 765-9563

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2010 MAR 29 AM 11: 52

TIM J. ELLIS

BY_____
DEPUTY CLERK

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

In Re:                                              )
    MCKENZIE, MARY SUSAN                         )   Case No. 09-20169 PJM
                                                    )
    DELGADO, MARY MCKENZIE                       )
                                                    )
    Debtor(s)                                    )

### TRANSMITTAL OF UNCLAIMED FUNDS

I, RANDY L. ROYAL, TRUSTEE, Trustee of the above-estate, hereby respectfully reports:

1. That more than ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in this case and I have stopped payment on all checks remaining unpaid.

2. That the names of the persons to whom such unnegotiated checks were issued, the amount of such checks, and their last known addresses are:

| **NAME** | **ADDRESS** | **AMOUNT** |
|---|---|---|
| PRA RECEIVABLES MANAGEMENT, LLC | AS AGENT OF PORTFOLIO RECOVERY ASSOCS.<br>PO BOX 12914<br>NORFOLK, VA 23541 | $3,162.50 |

3. That the Trustee's check for $3,162.50 payable to the U.S. Bankruptcy Clerk, is attached to this report and list.

DATED this 23 day of March, 2010.

_____
RANDY L. ROYAL, Trustee in Bankruptcy